IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JENNY L. BRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:21-cv-615-DWD |
| | ) |
| WALMART INC. and | ) |
| STEVE RICHERSON, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM & ORDER

**DUGAN, District Judge:**

Before the Court are Plaintiff Jenny L. Bray's motions to strike Defendants Walmart Inc. ("Walmart") and Steve Richerson's affirmative defenses. (Docs. 20 & 21) The motions are fully briefed and ripe for decision. (Docs. 20–23) For the following reasons, the motions are due to be denied.

As a general rule, motions to strike are disfavored because they "potentially serve only to delay." *Heller Fin., Inc. v. Midwhey Powder Co.*, 883 F.2d 1286, 1294 (7th Cir. 1989). But they may be granted when they can expedite the case by removing "unnecessary clutter." *Id.* District courts in this Circuit are reluctant to strike affirmative defenses unless the moving party shows that she will be prejudiced if the defenses remain. *Pistolis v. Ameren*, No. 19-cv-1185-MAB, 2021 WL 1758260, at *3 (S.D. Ill. May 4, 2021) (collecting cases).

A review of the long list of affirmative defenses salvoed by Walmart and Richerson reveals no real facts to support the allegations. Certainly, if the equivalent was proffered

in a complaint, it would not suffice under the pleading standards for complaints under *Iqbal* and *Twombly*. But Bray offers only a general legal argument that affirmative defenses lacking sufficient factual allegations should be stricken. Bray has not shown that she will suffer any prejudice if the affirmative defenses remain intact. Motions to strike affirmative defenses for technical reasons alone will only bog down proceedings in unnecessary briefing. *See Pistolis*, 2021 WL 1758260, at *3.

Bray may file amended motions to strike, but they must include arguments specific to each affirmative defense she wishes to strike and must show how each affirmative defense will prejudice her.

For these reasons, Bray's motions to strike (Docs. 20 & 21) are **DENIED without prejudice**.

**SO ORDERED.**

Dated: September 17, 2021

_____
DAVID W. DUGAN
United States District Judge